John C. Ward, ISB No. 1146
Rebecca A. Rainey, ISB No. 7525
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho 83701
Telephone (208) 345-2000
Facsimile (208) 385-5384
jcw@moffatt.com
rar@moffatt.com
23-252

Attorneys for Defendant CashCall, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA PETERSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITIFINANCIAL MORTGAGE COMPANY, INC., formerly a New York corporation; CITIMORTGAGE, INC., a New York corporation; and CASHCALL, INC., a California corporation,<br><br>　　　　　Defendants. | Civil No. CV 07-188-S-LMB<br><br>**MOTION FOR JUDGMENT ON THE PLEADINGS** |

COMES NOW Defendant CashCall, Inc., a California corporation ("CashCall"), by and through its undersigned counsel of record, and hereby submits this motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). CashCall seeks judgment on the pleadings against plaintiff based on the following grounds:

**MOTION FOR JUDGMENT
ON THE PLEADINGS - 1**

1. Plaintiff has failed to state a claim against CashCall as to any of her federal statutory causes of action.

2. Plaintiff has failed to state a claim against CashCall as to any of her state causes of action.

3. Alternatively, if all federal causes of action are dismissed, any remaining state law claims should be remanded to state court pursuant to 28 U.S.C. 1367(c)(3).

This motion is supported by the accompanying memorandum and record now before this Court.

DATED this 24th day of July 2007.

        MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED

        By _____
        Rebecca A. Rainey – Of the Firm
        Attorneys for Defendant CashCall, Inc.

**MOTION FOR JUDGMENT
ON THE PLEADINGS - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July 2007, I caused a true and correct copy of the foregoing **MOTION FOR JUDGMENT ON THE PLEADINGS** to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Kelly I. Beeman
BEEMAN LAW OFFICES
708 1/2 West Franklin Street
Boise, Idaho 83702
*Attorneys for Plaintiff*

Amanda K. Brailsford
HOLLAND & HART, L.L.P.
101 South Capitol Boulevard, Suite 1400
Post Office Box 2527
Boise, Idaho 83701-2527
*Attorneys for Defendant CitiMortgage Company, Inc.*

Rebecca A. Rainey