Amanda K. Brailsford (ISB 4819)
Tracy J. Crane (ISB 6830)
HOLLAND & HART LLP
Suite 1400, U.S. Bank Plaza
101 South Capitol Boulevard
P.O. Box 2527
Boise, Idaho 83701-2527
Telephone: (208) 342-5000
Facsimile: (208) 343-8869
abrailsford@hollandhart.com
tcrane@hollandhart.com

Attorneys For Defendant CitiFinancial Mortgage Co., Inc., n/k/a CitiMortgage, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA PETERSON, | ) |
| | ) Case No. CV 07-188-S-LMB |
| Plaintiff, | ) |
| | ) **STIPULATION FOR DISMISSAL** |
| vs. | ) **WITH PREJUDICE** |
| | ) |
| CITIFINANCIAL MORTGAGE CO., | ) |
| INC., formerly a New York corporation; | ) |
| CITIMORTGAGE, INC., a New York | ) |
| corporation; and CASHCALL, INC., a | ) |
| California corporation, | ) |
| | ) |
| Defendants. | ) |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by Plaintiff Rebecca Peterson and Defendant CitiFinancial Mortgage Co., Inc., n/k/a/ CitiMortgage, Inc. (the "Defendant"), by and through their respective undersigned counsel of record, that the above-entitled action has been fully and finally settled with respect to all of Plaintiff's claims herein of any nature whatsoever against the Defendants, and that all of Plaintiff's aforementioned claims

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 1**

herein against the Defendants should be dismissed with prejudice, Plaintiff and Defendants to bear their own respective costs and attorney fees.

DATED this 21 day of August 2008.

        BEEMAN LAW OFFFICES

        By /s/ _____
        Kelly I. Beeman
        Attorney for Plaintiff

        HOLLAND & HART LLP

        By /s/ _____
        Tracy J. Crane, for the firm
        Attorneys For Defendant CitiFinancial
        Mortgage Co., Inc. n/k/a CitiMortgage, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 21 day of August 2008, I electronically filed the foregoing Stipulation for Dismissal With Prejudice. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF system:

Kelly I. Beeman, Esq.
Beeman Law Offices
708 1/2 West Franklin Street
Boise, ID 83702
FAX: (208) 345-2890

        _____
        for HOLLAND & HART LLP

3917410_1.DOC

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 2**