# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA PETERSON, ) | |
| ) | Case No. CV-07-188-S-LMB |
| Plaintiff, ) | |
| ) | **ORDER OF DISMISSAL** |
| v. ) | |
| ) | |
| CITIFINANCIAL MORTGAGE CO., INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The Court has reviewed the parties' Stipulation for Dismissal with Prejudice (Docket No. 19). For good cause, this action is hereby dismissed with prejudice, and each party to bear its own fees and costs.

DATED: **August 29, 2008**.

_____
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge